United States Federal Court for the Western District of Pennsylvania
Criminal Division

UNITED STATES OF AMERICA                    Criminal #  04-103

v.

JUDITH WILLIAMSON
DEFENDANT

## ORDER

THIS 23rd DAY OF JANUARY, 2007

IT IS ORDERED;

Counsel for Judith Williamson shall be permitted to submit an invoice and request for interim payment to this court and same shall be paid subject to approval of the interim invoice by this court.

By the court;

_____